Melinda Scott
PO Box 1133
201 4PMB87
Richmond, VA 23218



Clerk
Western District of VA
180 W. Main St.
Room 104
Abingdon, VA 24210



U.S. POSTAGE PAID
MIDDLESBORO, KY
40965
JUN 26 17
AMOUNT
$4.96
R2305K142133-05